UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL BRINK,<br><br>            Plaintiff,<br><br>   v.<br><br>COLUMBIA DEBT RECOVERY LLC; GREP WASHINGTON LLC; SPOKANE-BLAKE LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS INC;  TRANS UNION LLC,<br><br>            Defendants. | CASE NO. 2:24-cv-01617-JNW<br><br>ORDER |

This matter comes before the Court on Defendant Equifax Information Services LLC's ("Equifax") unopposed motion for an extension of time to answer or otherwise respond to Plaintiff Randall Brink's complaint. Dkt. No. 11. In this Court, "[p]arties may agree to extend the time for a defendant to answer or otherwise respond to a complaint. So long as the parties agree to an extension, there's no need to file a stipulation with the Court." § 5.3, Chambers Procedures – Civil (eff. April 24, 2024) (available at https://www.wawd.uscourts.gov/judges/whitehead-chambers).

**ORDER** - 1

As such, the instant motion is not necessary. Nevertheless, the Court GRANTS the unopposed motion, Dkt. No. 11, and EXTENDS the time for Equifax to answer or otherwise respond to Brink's complaint through and including December 30, 2024.

It is so ORDERED.

Dated this 27th day of November, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2